UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV24-09013 JAK (AGRx) | Date | March 10, 2025 |
| Title | Karla Franco v. FCA US LLC., et al. | | |

Present: The Honorable    JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Daniel Torrez | Gaye Limon |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Otis Hayes, III | Jonathan Sniderman |

**Proceedings:**    **PLAINTIFF'S MOTION FOR REMAND TO STATE COURT (DKT. 17)**

The motion hearing is held. The Court states its tentative views that it is inclined deny Plaintiff's Motion for Remand to State Court (Dkt. 17) (the "Motion"). Counsel address the Court. The Court inquires whether settlement efforts have been initiated and productive. The Court takes the Motion **UNDER SUBMISSION**. A written ruling will be issued.

**IT IS SO ORDERED.**

|  |  | : | 16 |
|---|---|---|---|
|  | Initials of Preparer | DT | |